UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAUL TARTAGLIA,

                    Plaintiff,

    -against-                     9:07-CV-849
                                    (LEK/DEP)

SCOTT CARLSEN, *et al*,

                    Defendants.

_____

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on July 31, 2008, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 21).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Peebles's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 21) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

      **ORDERED**, that Defendant Carlsen's Motion to dismiss Plaintiff's claims against him (Dkt. No. 18) is **GRANTED**; and it is further

1

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety, without prejudice to Plaintiff's right to assert claims in a new action against the Defendants identified in this case only as John Doe defendants; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:       August 22, 2008
             Albany, New York

Lawrence E. Kahn
U.S. District Judge